**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TOMMY RICE, | ) | CASE NO. 5:26-cv-187 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| TRUTHFINDER, LLC, *et al.*, | ) | **MEMORANDUM OPINION AND** |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

Defendants TruthFinder, LLC ("TruthFinder") and PeopleConnect Holdings, Inc.'s

("PeopleConnect") have filed a notice ("Notice") informing the Court that they have discovered

evidence of Plaintiff Tommy Rice having used Artificial Intelligence ("AI") to prepare two filings:

(i) Plaintiff's June 26, 2026 Memorandum in Opposition to Defendants' Motion to Compel

Arbitration (ECF No. 27); and (ii) Plaintiff's Surreply Memorandum in Opposition to Defendants'

Motion to Compel Arbitration (ECF No. 36).  (ECF No. 38).  TruthFinder and PeopleConnect

provide a chart detailing many examples of supposed "AI hallucinations" that they discovered

throughout ECF No. 27 and ECF No. 36.  (ECF No. 38, PageID #407–10).  They also attached

Westlaw Litigation Document Analyzer Reports for the relevant filings.  (ECF Nos. 38-1, 38-2).

As noted by TruthFinder and PeopleConnect, the Court's Standing Order specifically

states:

> Pursuant to the Court's inherent authority and the authority of Rule 11 of the
> Federal Rules of Civil Procedure, no attorney for a party, or a pro se party, may use
> Artificial Intelligence ("AI") in the preparation of any filing submitted to the Court.
> Parties and their counsel who violate this AI ban may face sanctions including, inter
> alia, striking the filing from the record, the imposition of economic sanctions or
> contempt, and dismissal of the lawsuit.  The Court does not intend this AI ban to
> apply to information gathered from legal search engines, such as Westlaw or
> LexisNexis, or internet search engines, such as Google.  All parties and their

counsel have a duty to immediately inform the Court if they discover the use of AI in any document filed in their case.

(District Judge Charles Esque Fleming, Standing Order, Sec. 7).  Accordingly, the Court **ORDERS** Plaintiff to file a response to the Notice by July 30, 2026.  Plaintiff's response shall address whether he has used AI in the preparation of any filing that he submitted to the Court.  If Plaintiff has used AI in such a way, he shall identify all the filings on which AI was used.  Plaintiff shall also show cause as to why the Court should not impose sanctions, including economic sanctions, contempt, or dismissal of this action  The Court also warns Plaintiff that if the Court concludes Plaintiff has made any false or misleading statements in his response filing regarding his use of AI, the Court **<u>will</u>** issue sanctions without further warning, up to and including economic sanctions, contempt, or dismissal of this action.

**IT IS SO ORDERED.**

Date: July 16, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

2